MÓNICA RAMÍREZ ALMADANI (SBN 234893)
MARK Y. CHEN (SBN 310450)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067
Tel: (424) 332-4800
Fax: (424) 332-4749
mralmadani@cov.com; mychen@cov.com

NORA A. PRECIADO (SBN 239235)
KAREN C. TUMLIN (SBN 234691)
MAYRA B. JOACHIN (SBN 306065)
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
preciado@nilc.org; tumlin@nilc.org; joachin@nilc.org

*(Additional Co-Counsel for Plaintiff on Subsequent Page)*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Juan Manuel MONTES BOJORQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, *et al.*,<br><br>Defendants. | Case Nos. 17cv780 GPC (NLS)<br><br>**JOINT MOTION OF VOLUNTARY DISMISSAL** |

*Additional Co-Counsel for Plaintiff*

STACY TOLCHIN (SBN 217431)
LAW OFFICES OF STACY TOLCHIN
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
Tel: (213) 622-7450
Fax: (213) 622-7233
Stacy@tolchinimmigration.com

BELINDA ESCOBOSA HELZER (SBN 214178)
LAW OFFICES OF BELINDA ESCOBOSA HELZER
712 N. Harbor Blvd.
Fullerton, CA 92831
Tel: (714) 879-5770
Fax: (714) 879-5771
bescobosahelzer@gmail.com

DEVON L. MOBLEY-RITTER (SBN 309439)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel: (650) 632-4739
Fax: (650) 632-4839
dmobleyritter@cov.com

Plaintiff and Defendants (collectively "Parties"), by and through their counsel of record, hereby submit this Joint Motion of Voluntary Dismissal per the following:

WHEREAS on April 18, 2017, Plaintiff Juan Manuel MONTES BOJORQUEZ (hereafter "Mr. Montes") filed a Freedom of Information Act ("FOIA") complaint in the instant action against Defendants United States Customs and Border Protection and United States Citizen and Immigration Services;

WHEREAS on May 22, 2017, Mr. Montes amended his initial FOIA complaint to add additional causes of action under the Due Process Clause of the U.S. Constitution, the Immigration and Nationality Act, and the Administrative Procedure Act;

WHEREAS on July 14, 2017, Mr. Montes filed a motion to file certain documents under seal, and Defendants filed a non-opposition to that motion on August 8, 2017;

WHEREAS on July 17, 2017, Mr. Montes filed a motion for preliminary injunction seeking his return to the United States;

WHEREAS on September 8, 2017, the Court issued an order consolidating the motion for preliminary injunction with a trial on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2);

WHEREAS on October 5, 2017, Defendants produced supplemental documents responsive to Mr. Montes's FOIA requests, resolving all claims regarding the FOIA dispute;

WHEREAS, Mr. Montes no longer seeks to pursue the remaining claims present before the Court; and

//

//

//

WHEREFORE, pursuant to the agreement of the Parties, the Parties respectfully request that the Court enter an order dismissing the matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties agree to each bear their own fees and costs and that documents filed by Mr. Montes under seal shall remain under seal.

Dated: October 18, 2017

/s/ *Nora A. Preciado*
Nora A. Preciado
NATIONAL IMMIGRATION LAW CENTER
Nora A. Preciado
Karen C. Tumlin
Mayra B. Joachin

COVINGTON & BURLING LLP
Mónica Ramírez Almadani
Mark Y. Chen
Devon L. Mobley-Ritter

LAW OFFICES OF STACY TOLCHIN
Stacy Tolchin

LAW OFFICES OF BELINDA ESCOBOSA HELZER
Belinda Escobosa Helzer

*Attorneys for Plaintiff*

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

HANS H. CHEN
Senior Litigation Counsel

AARON S. GOLDSMITH
Senior Litigation Counsel
Virginia State Bar No. 45405
Email: Aaron.Goldsmith@usdoj.gov
Telephone: (202) 532-4107
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

NICOLE GRANT
Trial Attorney

ALANA W. ROBINSON
Acting United States Attorney

REBECCA G. CHURCH
Assistant U.S. Attorney
Cal. State Bar No. 259652
Email: rebecca.church@usdoj.gov
Telephone: (619) 546-7721
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Facsimile: (619) 546-7751

*Attorneys for Defendants*

**CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Defendants' counsel.

/s/ *Nora A. Preciado*
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the following document has been served on October 18, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4:

**JOINT MOTION OF VOLUNTARY DISMISSAL**

Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct and that this proof of service was executed on October 18, 2017 at Los Angeles, California.

/s/ *Nora A. Preciado*
Counsel for Plaintiff